# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159205(77)

CALEB GRIFFIN,
      Plaintiff-Appellant,

v

SWARTZ AMBULANCE SERVICE,
      Defendant-Appellee,

and

SARAH ELIZABETH AURAND,
      Defendant.

_____/

SC: 159205
COA: 340480
Genesee CC: 14-103977-NI

On order of the Court, the motion for reconsideration of this Court's September 11, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

t1028